UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, | CRIMINAL No.: 08-00328-001 |
| v. | |
| MICHAEL RODRIGUEZ, | |
| Defendant. | |

CONSENT ORDER

THIS MATTER, having come before the court on joint application of counsel for defendant, Gerald M. Saluti, with the consent of Assistant United States Attorney, Marion Percell, and with the consent of Pre-trial Services Officer, Elizabeth Auson;

IT IS HEREBY ON THIS ___7___ day of January 2009 ordered as follows:

Defendant, Michael Rodriguez, shall surrender to the custody of the United States Bureau of Prisons at the McKean Federal

Correctional Institute, Louis Run, Pennsylvania on ~~Saturday~~ Friday, MP
March ~~8~~ 6, 2009 instead of Thursday, January 8, 2009. MP

Saluti & Strazza
60 Park Place, 2nd Floor
Newark, NJ 07102

By: _____
Gerald M. Saluti

United States Attorney's Office
970 Broad Street
Newark, NJ 07102

By: _____
~~Martha~~ Marion Percell, AUSA

United States Pre-trial Services
50 Walnut Street
Newark, NJ 07102

By: _____
Elizabeth Auson
Pre-trial Services Officer

_____
Hon. Stanley R. Chesler, U.S.D.J.