|  |  | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08-328 |
| v. | : | Hon. Stanley R. Chesler<br>U.S. District Judge |
| MICHAEL RODRIGUES | : | |

**ORDER**

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Marion Percell, Assistant U.S. Attorney), and Gerald Saluti, Esq., attorney for defendant Michael Rodrigues, and good cause having been shown,

IT IS on this ____ day of March, 2009,

ORDERED that defendant Michael Rodrigues shall surrender to the custody of the United States Bureau of Prisons at Federal Correctional Institution McKean, in Pennsylvania, on Monday, April 6, 2009, instead of Friday, March 6, 2009.

_____
HON. STANLEY R. CHESLER
United States District Judge