UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 08-328 |
| vs. | |
| MICHAEL RODRIGUES | |
| Defendant | ORDER |

This matter having been opened to the court on motion of Richard S. Lehrich, Esq., attorney for defendant Michael Rodrigues, in the presence of Assistant United States Attorney Marion Percell, appearing on behalf of the United States of America, for an Order clarifying the intention of the court that defendant's federal and state sentences run concurrently, and the application being deemed made pursuant to Title 28, United States Code, Section 2241, the court having considered the matter, good and sufficient cause having been shown, and the parties having consented to the entry and form of the within Order,

It is on this 6 day of Oct, 2011,

ORDERED that it is the intention of the court that defendant Michael Rodrigues' federal sentence in the captioned matter and the state sentence that was imposed upon him in the Superior Court of New Jersey, Essex County, on May 26, 2010, on Indictment No. 09-05-01405-I, run concurrently, and it is further

ORDERED that the Bureau of Prisons consider exercising its discretion to designate, nunc pro tunc, the place where defendant Michael Rodrigues served his state sentence as the place of service of the federal sentence imposed upon him by this court

on November 14, 2008, thus effectuating the intention of the state and federal courts that the two sentences be served concurrently.

_____
STANLEY R. CHESLER, U.S.D.J.

I hereby consent to the form
and entry of the within Order.

_____
MARION PERCELL
Asst. United States Attorney